USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/12/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENDON WILLIAMS, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

EAGLE TEAM NYC CR LLC,

        Defendant.

No. 19-CV-8017 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 4, 2019, Plaintiff filed an affidavit of service stating that Defendant was served on September 9, 2019. Defendant's answer was due on September 30, 2019. Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by December 30, 2019. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by January 13, 2020.

Plaintiff shall serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

Dated:    December 12, 2019
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge