USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLENDON WILLIAMS, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

EAGLE TEAM NYC CR LLC,

Defendant.

No. 19-CV-8017 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court issued a Certificate of Default on January 30, 2020. If Plaintiff intends to move for default judgment, he shall do so by February 28, 2020.

Plaintiff shall serve a copy of this Order on Defendant and file proof of such service on the docket.

SO ORDERED.

Dated: February 10, 2020
New York, New York

Ronnie Abrams
United States District Judge