# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

February 28, 2020

Via ECF

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

### Re: Williams v. Eagle Team NYC CR LLC
### Case No. 19-CV-08017 (RA)
### Motion for Extension of Time

Dear Judge Abrams:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief extension of the February 28, 2020 deadline for Plaintiff to file his motion for a default judgment from February 28, 2020 to March 16, 2020. The additional time is needed to further confer with Plaintiff and to finalize the motion papers. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
3/2/2020