# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

March 16, 2020

**Via ECF**

Hon. Ronnie Abrams, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 1506
New York, NY 10007
Tel: 212-805-0162

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020
```

<u>Re: Williams v. Eagle Team NYC CR LLC</u>
Case No. 19-CV-08017 (RA)
Motion for Extension of Time

Dear Judge Abrams:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the March 16, 2020 deadline for Plaintiff to file his motion for a default judgment. The additional time is needed to arrange for meetings with Plaintiff and to finalize the motion papers which we were unable to schedule due to the COVID-19 Virus situation. One prior request for an extension of this deadline was made and granted.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

---

Application granted.

SO ORDERED

Hon. Ronnie Abrams
3/17/2020